# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
                                               )
Golden Build Construction Co. )    ASBCA No. 60556
                                               )
Under Contract No. W91B4M-09-P-7340 )

APPEARANCE FOR THE APPELLANT:     Mr. Mahmood Nezam
                                                 Chief Executive

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
                                                 Army Chief Trial Attorney
                                                 LTC Timothy A. Furin, JA
                                                 Trial Attorney

## ORDER OF DISMISSAL

The government has moved to dismiss this appeal for lack of jurisdiction, alleging that appellant had not submitted a claim to the contracting officer. In response, appellant expressed a desire to submit its claim to the contracting officer for a decision. As directed by the Board, the government provided appellant with the contact information for the contracting officer and appellant has indicated that it submitted its claim to the contracting officer.

Accordingly, this appeal is dismissed without prejudice to a timely appeal from a contracting officer's denial or deemed denial of the contractor's claim.

Dated: 16 June 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60556, Appeal of Golden Build Construction Co. rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2